IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M Company, | NO. C 06-01225 JW |
| Plaintiff, | **ORDER DENYING DEFENDANTS'** |
| v. | **MOTION RE: SEALING OF EXS. A & B** |
| Rollit, LLC, et al., | |
| Defendants. | |
| _____/ | |

Before the Court is Defendants' Motion to Deny the Sealing of Exhibits A & B to Declaration of Landry. (See Docket Item No. 199.) The Court DENIES this motion for the following reasons: First, Defendants are essentially requesting the Court to deny their own motion to seal exhibits that are attached to their own counsel's declaration; this request is vague. Second, Defendants failed to e-file this motion and have neglected to follow the Clerk of Court's instruction. (See Docket Item No. 204.) In addition, the Clerk of Court has reported that no such corresponding documents have been received by the Court or are currently located in the Clerk's vault. Defendants' may renew this motion after properly submitting the documents for the Court's review.

Dated: March 31, 2008 _____

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann N. Cathcart Chaplin cathcartchaplin@fr.com
Constance Jiun-Yee Yu cyu@sideman.com
David James Miclean miclean@fr.com
Joel D. Leviton leviton@fr.com
John Cameron Adkisson jca@fr.com
Juanita R. Brooks brooks@fr.com
Kevin H. Rhodes krhodes@mmm.com
Michael L. Gannon mgannon@mmm.com
Michelle Lee Landry mlandry@kanbar.com
Robert Reeves Cross rcross@sideman.com

**Dated: March 31, 2008**                          **Richard W. Wieking, Clerk**


**By:**  **/s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**

**United States District Court**
For the Northern District of California