# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANIEL M. MILLER )<br>    Plaintiff, )<br>    **)**<br>v. **)**<br>    **)**<br>    )<br>    )<br>FACEBOOK, INC.; and )<br>YAO WEI YEO )<br>    Defendants. ) | Civil Action No.1:09-CV-2810-RLV |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Plaintiff Daniel M. Miller and Defendant Facebook, Inc. ("Facebook"), pursuant to Federal Rule of Civil Procedure 6(b), hereby move for an extension of time for Facebook to move, plead or otherwise respond to Plaintiff's Complaint.

By mutual consent of Facebook and Plaintiff Daniel M. Miller, Facebook must now move, plead or otherwise respond to Plaintiff's Complaint on or before December 2, 2009. This extension is necessary because Facebook only recently retained counsel in this matter and it requires additional time to analyze the issues and move, plead or otherwise respond to the Complaint.

2638099 v01

1

A proposed Order granting this consent motion is attached hereto as Exhibit A.

Respectfully submitted this 30th day of October, 2009.

CONSENTED TO BY:

| HENINGER GARRISON DAVIS, LLC | MORRIS MANNING & MARTIN LLP |
|---|---|
| /s/Douglas L. Bridges | /s/Jason P. Wright |
| Douglas L. Bridges<br>Georgia Bar No. 080889<br><br>Glenlake Parkway, Suite 700<br>Atlanta, GA 30328<br>Tel: (678) 638-6309<br>Fax: (678) 638-6201<br>dbridges@hgdlawfirm.com<br><br>Brian D. Hancock<br>AL Bar No.: ASB-0874-B65H<br>TN Bar No.: 022827<br>2224-1st North Avenue<br>Birmingham, AL 35203<br>Tel: 205-326-3336<br>Fax: 205-326-3332<br>bdhancock@hgdlawfirm.com<br><br>*Attorneys for Plaintiff Daniel M. Miller* | Jason P. Wright<br>Georgia Bar No. 778280<br>W. Andrew McNeil<br>Georgia Bar No. 498636<br><br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044<br>Tel: (404) 233-700<br>Fax: (404) 365-9532<br>jwright@mmmlaw.com<br>amcneil@mmmlaw.com<br><br><br>*Attorneys for Defendant Facebook, Inc.* |

2638099 v01

## Local Rule 7.1 Compliance

  Pursuant to L.R. 7.1D, this is to certify that the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing document was prepared on computer using the Book Antiqua font (13 point).

       /s/Douglas L. Bridges
       Douglas L. Bridges
       Georgia Bar No. 080889

# CERTIFICATE OF SERVICE

I hereby certify that on this date, October 30, 2009, I caused the forgoing CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice to the attorneys of record in this case. Additionally the undersigned certifies that he has sent email notification of filing directly to those attorneys who have not yet entered a notice or appearance in this case:

Jason P. Wright
W. Andrew McNeil
MORRIS MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Tel: (404) 233-700
Fax: (404) 365-9532
jwright@mmmlaw.com
amcneil@mmmlaw.com

BY:

HENINGER GARRISON DAVIS, LLC

/s/Douglas L. Bridges
Douglas L. Bridges
Georgia Bar No. 080889
Glenlake Parkway, Suite 700
Atlanta, GA 30328
Telephone: (678) 638-6309
Facsimile: (678) 638-6201
dbridges@hgdlawfirm.com

*Attorney for Plaintiff Daniel M. Miller*

2638099 v01