IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL M. MILLER ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.1:09-CV-2810-RLV |
| ) | |
| FACEBOOK, INC.; and ) | |
| YAO WEI YEO ) | |
|     Defendants. ) | |

### CONSENT ORDER

**THIS CAUSE** came before the Court upon the CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, filed by Plaintiff Daniel M. Miller and Defendant Facebook, Inc. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Facebook, Inc. shall move, plead or otherwise respond to Plaintiff's Complaint on or before December 2, 2009.

SO ORDERED, this 1st day of Nov., 2009.

_____
Judge, United States District Court
For The Northern District of Georgia

2638164 v01

| Submitted by: | With the consent of: |
|---|---|
| /s/Douglas L. Bridges | /s/Jason P. Wright |
| Douglas L. Bridges<br>Georgia Bar No. 080889<br>HENINGER GARRISON DAVIS, LLC<br>Glenlake Parkway, Suite 700<br>Atlanta, GA 30328<br>Tel: (678) 638-6309<br>Fax: (678) 638-6201<br>dbridges@hgdlawfirm.com<br><br>Brian D. Hancock<br>AL Bar No.: ASB-0874-B65H<br>TN Bar No.: 022827<br>2224-1st North Avenue<br>Birmingham, AL 35203<br>Tel: 205-326-3336<br>Fax: 205-326-3332<br>bdhancock@hgdlawfirm.com<br><br>*Attorneys for Plaintiff Daniel M. Miller* | Jason P. Wright<br>Georgia Bar No. 778280<br>W. Andrew McNeil<br>Georgia Bar No. 498636<br>MORRIS MANNING & MARTIN LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044<br>Tel: (404) 233-700<br>Fax: (404) 365-9532<br>jwright@mmmlaw.com<br>amcneil@mmmlaw.com<br><br>*Attorneys for Defendant Facebook, Inc.* |