# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANIEL M. MILLER     )  | |
|      Plaintiff,     )  | |
|                     )  | |
| v.                  )  | |
|                     )  | Civil Action No.1:09-CV-2810-RLV |
|                     )  | |
|                     )  | |
| FACEBOOK, INC.; and )  | |
| YAO WEI YEO         )  | |
|      Defendants.    )  | |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Plaintiff Daniel M. Miller ("Plaintiff" or "Miller") and Defendant Facebook, Inc. ("Facebook"), pursuant to Federal Rule of Civil Procedure 6(b), hereby move for an extension of time for Facebook to move, plead or otherwise respond to Plaintiff's Complaint, in light of Facebook's forthcoming filing of a 28 U.S.C. § 1404(a) motion to transfer (the "1404(a) Motion").

By mutual consent of Facebook and Plaintiff, Facebook will file its 1404(a) Motion on December 2, 2009. The parties further agree that Facebook will have two weeks from the date that the Court enters its order ruling on the 1404(a) Motion to move, plead or otherwise respond to Plaintiff's Complaint. This extension is for the convenience of the Court and the parties so that the

2658135 v01

1

resolution of the venue issue is decided before the parties brief, and the Court addresses, the various issues which the parties anticipate will be raised in Facebook's other Rule 12 motions.

A proposed Order granting this consent motion is attached hereto as Exhibit A.

Respectfully submitted this 2nd day of December, 2009.

CONSENTED TO BY:

| HENINGER GARRISON DAVIS, LLC | MORRIS MANNING & MARTIN LLP |
|---|---|
| /s/Douglas L. Bridges | /s/Jason P. Wright |
| Douglas L. Bridges<br>Georgia Bar No. 080889<br><br>Glenlake Parkway, Suite 700<br>Atlanta, GA 30328<br>Tel: (678) 638-6309<br>Fax: (678) 638-6201<br>dbridges@hgdlawfirm.com<br><br>Brian D. Hancock<br>AL Bar No.: ASB-0874-B65H<br>TN Bar No.: 022827<br>2224-1st North Avenue<br>Birmingham, AL 35203<br>Tel: 205-326-3336<br>Fax: 205-326-3332<br>bdhancock@hgdlawfirm.com<br><br>*Attorneys for Plaintiff Daniel M. Miller* | Jason P. Wright<br>Georgia Bar No. 778280<br>W. Andrew McNeil<br>Georgia Bar No. 498636<br><br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044<br>Tel: (404) 233-700<br>Fax: (404) 365-9532<br>jwright@mmmlaw.com<br>amcneil@mmmlaw.com<br><br>*Attorneys for Defendant Facebook, Inc.* |

2658135 v01

## **Local Rule 7.1 Compliance**

     Pursuant to L.R. 7.1D, this is to certify that the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT complies with the font and point selections approved by the Court in L.R. 5.1C.  The foregoing document was prepared on computer using the Book Antiqua font (13 point).

                                               /s/Jason P. Wright
                                             Jason P. Wright
                                             Georgia Bar No. 778280

# CERTIFICATE OF SERVICE

I hereby certify that on this date, December 2, 2009, I caused the forgoing CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice to the attorneys of record in this case. Additionally the undersigned certifies that he has sent email notification of filing directly to those attorneys who have not yet entered a notice or appearance in this case:

Douglas L. Bridges
Georgia Bar No. 080889
Glenlake Parkway, Suite 700
Atlanta, GA 30328
Tel: (678) 638-6309
Fax: (678) 638-6201
dbridges@hgdlawfirm.com

        BY:

    MORRIS MANNING & MARTIN LLP

    /s/ Jason P. Wright
    Jason P. Wright
    Georgia Bar No. 778280
    W. Andrew McNeil
    Georgia Bar No. 498636

    1600 Atlanta Financial Center
    3343 Peachtree Road, N.E.
    Atlanta, Georgia 30326-1044
    Tel: (404) 233-700
    Fax: (404) 365-9532
    jwright@mmmlaw.com
    amcneil@mmmlaw.com

    *Attorneys for Defendant Facebook, Inc.*