## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DANIEL M. MILLER | ) | |
| Plaintiff, | ) | |
| | **)** | |
| v. | **)** | |
| | **)** | Civil Action No.1:09-CV-2810-RLV |
| | ) | |
| | ) | |
| FACEBOOK, INC.; and | ) | |
| YAO WEI YEO | ) | |
| Defendants. | ) | |

## FACEBOOK, INC.'S MOTION TO TRANSFER VENUE

Defendant Facebook, Inc. ("Facebook") moves this Court for an order transferring this case to the United States District Court for the Northern District of California, for the convenience of the parties and witnesses, pursuant 28 U.S.C. § 1404(a).  The grounds in support of this motion are set forth in the Memorandum of Points and Authorities filed concurrently herewith.

In support of this Motion, Facebook relies upon its Memorandum of Law and all other matters of record.

2415554

Dockets.Justia.com

Respectfully submitted,

**MORRIS MANNING & MARTIN LLP**

/s/Jason P. Wright
Jason P. Wright
Georgia Bar No. 778280
W. Andrew McNeil
Georgia Bar No. 498636

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Tel: (404) 233-700
Fax: (404) 365-9532
jwright@mmmlaw.com
amcneil@mmmlaw.com

*Attorneys for Defendant Facebook, Inc.*

-2-

2415554

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D, the undersigned counsel certifies that the foregoing has been prepared in Times New Roman 14 point, one of the four fonts and points approved by the Court in LR 5.1C.

/s/Jason P. Wright
Jason P. Wright
Georgia Bar No. 778280

2415554

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, December 2, 2009, I caused the forgoing FACEBOOK, INC.'S MOTION TO TRANSFER VENUE to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice to the attorneys of record in this case. Additionally the undersigned certifies that he has sent email notification of filing directly to those attorneys who have not yet entered a notice or appearance in this case:

Douglas L. Bridges
Georgia Bar No. 080889
Glenlake Parkway, Suite 700
Atlanta, GA 30328
Tel: (678) 638-6309
Fax: (678) 638-6201
dbridges@hgdlawfirm.com

        BY:

        **MORRIS MANNING & MARTIN LLP**

        <u>/s/ Jason P. Wright</u>
        Jason P. Wright
        Georgia Bar No. 778280
        W. Andrew McNeil
        Georgia Bar No. 498636

        1600 Atlanta Financial Center
        3343 Peachtree Road, N.E.
        Atlanta, Georgia 30326-1044
        Tel: (404) 233-700
        Fax: (404) 365-9532
        jwright@mmmlaw.com
        amcneil@mmmlaw.com

        *Attorneys for Defendant Facebook, Inc.*

2415554