# EXHIBIT B
# TO
# DECLARATION OF
# TINA DOSHI

Dockets.Justia.com

login   register   help

E-mail:

Password:

Login   Register

## Registration

Register for College   Register for High School

To register for Facebook, just fill in the fields below. You will have a chance to enter additional information and submit a picture once you have registered.

Name:

Status: Undergrad

Email:
(school)

You can choose any password. It should not be your school password.

Password:

Word in the box:

n u m b e r

☐ I have read and understood the Terms of Use, and I agree to them.

Register Now!

about   contact   jobs   advertise   terms   privacy
a Mark Zuckerberg production
Facebook © 2006