# EXHIBIT 1
# TO
# DECLARATION OF YVONNE P. GREER



Exhibit 1 to Declaration of Yvonne P. Greer_Page 1