FILED IN CHAMBERS
U.S.D.C. Rome

DEC 03 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL M. MILLER )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>FACEBOOK, INC.; and )<br>YAO WEI YEO )<br>    Defendants. ) | Civil Action No.1:09-CV-2810-RLV |

### [PROPOSED] CONSENT ORDER

**THIS CAUSE** came before the Court upon the CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, filed by Plaintiff Daniel M. Miller and Defendant Facebook, Inc. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Facebook, Inc. is directed to file its motion under 28 U.S.C. § 1404(a) (the "1404(a) Motion"). **IT IS FURTHER ORDERED** that the time for Defendant Facebook, Inc. to move, plead or otherwise respond to Plaintiff's Complaint is hereby extended until two weeks after the date that the Court enters its order ruling on the 1404(a) Motion.

OHS West:260786485.1
16069-2020 TG3/TG3

2658161 v02

SO ORDERED, this 3rd day of DEC., 2009.

*Robert L. Vining, Jr.*
Judge, United States District Court
For The Northern District of Georgia

| Submitted by: | With the consent by: |
|---|---|
| /s/Jason P. Wright | /s/Douglas L. Bridges |
| Jason P. Wright<br>Georgia Bar No. 778280<br>W. Andrew McNeil<br>Georgia Bar No. 498636<br>MORRIS MANNING & MARTIN LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044<br>Tel: (404) 233-700<br>Fax: (404) 365-9532<br>jwright@mmmlaw.com<br>amcneil@mmmlaw.com<br><br>*Attorneys for Defendant Facebook, Inc.* | Douglas L. Bridges<br>Georgia Bar No. 080889<br>HENINGER GARRISON DAVIS, LLC<br>Glenlake Parkway, Suite 700<br>Atlanta, GA 30328<br>Tel: (678) 638-6309<br>Fax: (678) 638-6201<br>dbridges@hgdlawfirm.com<br><br>Brian D. Hancock<br>AL Bar No.: ASB-0874-B65H<br>TN Bar No.: 022827<br>2224-1st North Avenue<br>Birmingham, AL 35203<br>Tel: 205-326-3336<br>Fax: 205-326-3332<br>bdhancock@hgdlawfirm.com<br><br>*Attorneys for Plaintiff Daniel M. Miller* |