# DECLARATION OF JULIO C. AVALOS

# EXHIBIT A







# facebook

Sign Up     Facebook helps you connect and share with the people in your life.

Keep me logged in    Forgot your password?

Email    Password    Login

## Wow (from the creator of Boomshine)

Back to Do You BOOMSHINE?

**Discussion Board** | **Topic View**

### Topic: Wow (from the creator of Boomshine)

Displaying the only post.



Post #1

**Danny wrote**     on May 9, 2007 at 10:37pm

I was really surprised to find that there are a bunch of groups made for Boomshine. It's like there is a Boomshine cult growing?

I just wanted to thank everyone for playing! It was a pleasure to make, and it is very rewarding to hear positive comments from others.

I'm currently working on Boomshine 2 and would love to hear suggestions!
You can reach me by email: k2xl@k2xl.com

Thanks!
–Danny