# DECLARATION OF JULIO C. AVALOS

# EXHIBIT B




