# DECLARATION OF JULIO C. AVALOS

# EXHIBIT D

Dockets.Justia.com

Via Form: [wos copyright loggedin]
To: info@facebook.com
Subject: Copyright Notification Complaint: #24579053

Name: Danny Miller
Address: 2079 Kinsmon Dr.
Marietta, GA 30062
Phone: 7707120740
Email: k2xl.com@gmail.com
Location on fb network: http://www.facebook.com/apps/application.php?id=89997802768
Description of copyrighted work: Boomshine
http://www.k2xl.com/games/boomshine
How copyright infringed:
"Friends Chain Game"
http://www.facebook.com/apps/application.php?id=89997802768
Additional info:
It's a unauthorized duplication of my game and I demand that it be removed immediately from Facebook.