# DECLARATION OF JULIO C. AVALOS

# EXHIBIT E

Dockets.Justia.com

Correspond out – 06/01/2009 @ 02:49 PM

To: k2xl.com@gmail.com

Hi Danny,

We received your email of May 29th, 2009 related to the "Friends Chain Game" application. This application, as you know, was created and is operated by a third party developer and as such, Facebook does not have the ability to control the content made available through the application. That being said, if a third party application developer does not comply with his/her legal obligations related to content issues, that developer may be in breach of our Developer Terms of Service.

As a courtesy, we have forwarded your demand to the developers of this application and asked them to promptly resolve any concerns you may have. After working with these developers, please let us know if the problem still persists.

Thanks,

Daisy
User Operations
Facebook