# DECLARATION OF JULIO C. AVALOS

# EXHIBIT F

# facebook

Home | Profile | Friends | Inbox 1 — Danny Miller | Settings | Logout

Search



## Danny Miller
Festivus for the rest of us! · 6 hours ago · clear

**Wall** | Info | Photos | Boxes | +

What's on your mind?

Attach: 📎 🎥 🔗 ▼

Options  [ Share ]

View 20 deleted wall posts

Remove

**Danny Miller** ▸ DJ K2xL at The Shelter:
DJ K2xL at The Shelter


**Danny Miller** Festivus for the rest of us!
6 hours ago via Facebook for iPhone · Comment · Like
 Sara Cammon and Janel Gow like this.
Write a comment...

**Danny Miller** ▸ DJ K2xL at The Shelter:

DJ K2xL at The Shelter
15 hours ago

**Danny Miller** Looks like my game Obechi will be on G4TV in February :-). Have you played it yet? It's on Facebook:
http://apps.facebook.com/playobechi/?refer=bookmark

apps.facebook.com
Yesterday at 2:58pm · Comment · Like · Share
 Callie Reis, Junsuk Chang, Orin Jaworski and 2 others like this.

View all 4 comments


**Tim Halbert** Two out of two G4TV appearances for games with dots in. Let's keep up the good work!
Yesterday at 6:14pm · Delete


**Danny Miller** Thanks guys, yup it looks like Kevin Pereira will review it like he did Boomshine
http://g4tv.com/videos/18269/Indie-Games-Boomshine/
Yesterday at 8:31pm · Delete

---

**Information**

Networks:
Georgia Tech '10
George Walton High School '06

Relationship Status: Single

Birthday: September 3, 1987

Hometown: Marietta, GA

Religious Views: Agnostic (culturally Jewish)

**Friends** · 741 friends · See All



Brandon Lewis | Guillaume RANNOU | Duke Ronjon Banerjee
Casey Harrington | Jack Shultz | Bonnie Kiernan

**Photos** · 2 of 14 albums · See All



Wall Photos
Updated last Wednesday

---

**View Photos of Me (274)**
**View Videos of Me (9)**
**Edit My Profile**

"All you touch and all you see,
Is all your life will ever be.
- - - Pink Floyd, 'Breathe'"

---



Create an Ad



**Meet Locals Girls**  ✕
Add Zoosk and check out singles in your area.
👍 Like

**San Jose Almost Free**  ✕
1 ridiculous coupon emailed to you each day. 50%-90% off San Jose's best things to eat, see & do. Get today's!
👍 Like

**Free Business Website**  ✕
Want to create a site for your business? Free website package include a web address, website & other tools. Build your website today!
👍 Like

More Ads

EXHIBIT F - PAGE 1