I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
THOMAS J. GRAY (SBN 191411)
tgray@orrick.com
JULIO C. AVALOS (SBN 255350)
javalos@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650.614.7400
Facsimile:   650.614.7401

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DANIEL MILLER, | Case No. 5:10-CV-00264 |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| FACEBOOK INC., YAO WEI YEO, | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a Untied States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 22, 2010

I. NEEL CHATTERJEE
Orrick, Herrington & Sutcliffe LLP

/s/ I. Neel Chatterjee /s/
I. NEEL CHATTERJEE
Attorneys for Defendant
FACEBOOK, INC.

OHS West:260813710.1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES
DISTRICT JUDGE - 5:10-CV-00264