Miller v. Facebook, Inc. et al                                                                Doc. 22

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        408.535.5364

**January 25, 2010**

**CASE NUMBER:  CV 10-00264 PVT**
**CASE TITLE:  DANIEL M. MILLER-v-FACEBOOK INC.**

REASSIGNMENT ORDER

        GOOD CAUSE APPEARING THEREFOR,

        IT IS ORDERED that this case is reassigned to the **San Francisco** division.  Case

reassigned to the Honorable **William H. Alsup** for all further proceedings.

        Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.

        ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 01/22/10

                                        FOR THE EXECUTIVE COMMITTEE:

                                        _____
                                        *Richard W. Wieking*
                                                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                Entered in Computer 01/25/10 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                        Transferor CSA

Dockets.Justia.com