| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | THOMAS GRAY (STATE BAR NO. 191411) |
|   | tgray@orrick.com |
| 3 | JULIO C. AVALOS (STATE BAR NO. 4476370) |
|   | javalos@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
|   | Telephone:    650-614-7400 |
| 6 | Facsimile:     650-614-7401 |
| 7 | Attorneys for Defendant |
|   | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL M. MILLER, | Case No.  5:10-CV-00264 (WHA) |
| Plaintiff, | **FACEBOOK, INC.' REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| FACEBOOK, INC. and YAO WEI YEO, | Date:      March 11, 2010<br>Time:      8:00 A.M.<br>Court:     Courtroom 9, 19th Floor<br>Judge:    Honorable William Alsup |
| Defendants. | |

REQUEST FOR JUDICIAL NOTICE
5:10-CV-00264 (WHA)

1    Defendant Facebook, Inc., hereby respectfully requests that the Court take judicial notice
2    of the document listed below, a copy of which is attached hereto as **Exhibit 1**.  Facebook makes
3    this request in support of its Motion to Dismiss the complaint filed by Daniel Miller, filed
4    herewith.

5    Pursuant to Federal Rule of Evidence 201, a court may take judicial notice of facts
6    "capable of accurate and ready determination by resort to sources whose accuracy cannot
7    reasonably be questioned."  "The existence of court records is a proper subject of judicial notice."
8    *Copple v. Astrella & Rice, P.C.*, 442 F. Supp. 2d 829, 834 (N.D. Cal. 2006) citing United States
9    v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

10   1.    Justice Debra A. James' Order granting Facebook, Inc.'s motion to dismiss in
11   *Finkel v. Facebook, Inc. et al*,  Index No. 102578/09, Supreme Court of the State of New York –
12   New York County.

Dated: February 2, 2010                    Orrick, Herrington & Sutcliffe LLP

                                           /s/ Thomas J. Gray /s/
                                           Thomas J. Gray
                                           Attorneys for Defendant
                                           FACEBOOK, INC.