## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Barclay,

          Plaintiff,

  v.

DRS Technologies, Inc.,

          Defendant.
                                              /

No. C 02-04095 RMW ENE

## CERTIFICATION OF ADR SESSION

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing a mediation or ENE session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.     I hereby certify that the parties in this matter held an ENE session on **May 5, 2003.**

2.     Did the case settle? **No.**

3.     If the case did not settle fully, is any follow-up contemplated? **Yes, phone discussions expected by May 15, 2003.**

4.     **IS THIS ADR PROCESS COMPLETED? Yes.**

Dated: May 6, 2003                              Thomas HR Denver
                                                  Evaluator

U.S. District Court ❗ 450 Golden Gate Ave. ❗ San Francisco, CA ❗ 94102
ADR Program ❗ (415) 522-2199 ❗ fax (415) 522-4112

Dockets.Justia.com