GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

DOUGLAS L. BRIDGES (*pro hac vice pending*)
BRIAN HANCOCK (*pro hac vice pending*)
HENINGER GARRISON DAVIS LLC
1 Glenlake Parkway, Suite 700
Atlanta, Georgia 30328
Telephone: (678) 638-6309
Facsimile: (678) 638-6142
dbridges@hgdlawfirm.com

Attorneys for Plaintiff,
DANIEL M. MILLER

FILED
2010 FEB 24 P 12: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chambers Copy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL M. MILLER, | CASE NO.: CV-10-264 (WHA) |
| Plaintiff, | APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES *PRO HAC VICE* |
| vs. | |
| FACEBOOK, INC. and YAO WEI YEO, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Douglas L. Bridges an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a

-1-

APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES
ADMISSION *PRO HAC VICE*
C-10-264 (WHA)

*pro hac vice* basis representing plaintiff Daniel M. Miller, in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of the, the United States District Court for the Northern District of Georgia, the Court of Appeals for the Federal Circuit and the Georgia State Bar. My Georgia State Bar Number is 080889.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court is good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

D. Gill Sperlein (172887)
584 Castro Street, Suite 879
San Francisco, CA 94114
415-404-6615
415-404-6616
gillsperlein@sperleinlaw.com

I declare under penalty of perjury that the forgoing is true and correct.

Dated: 2-23-10          by: _____
                            DOUGLAS L. BRIDGES
                            HENINGER GARRISON DAVIS LLC

                            Attorneys for Plaintiff
                            DANIEL M. MILLER,

## PROOF OF SERVICE BY MAIL

Gill Sperlein Certifies that:

I am an active member of the State Bar of California and am not a party to this action. My business address is 584 Castro Street, Suite 879, San Francisco, California, 94114. Today, I deposited in the United States mail at San Francisco, California a copy of the attached:

- **PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
- **APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES, *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES, *PRO HAC VICE***
- **PROPOSED ORDERS RE *PRO HAC VICE* APPLICATIONS**

In a sealed envelope, with postage fully prepaid, addressed to:

I. Neel Chatterjee, Esq. (nchatterjee@orrick.com)
Thomas J. Gray, Esq.(tgray@orrick.com)
Julio C. Avalos, Esq. (javalos@orrick.com)
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94205

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Date: February 24, 2010

D. Gill Sperlein

-8-

PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
C-10-264 (WHA)