*FILED*

2010 FEB 24 P 12: 25

CLERK RICHARD W. WIEKING
U.S. DISTRICT COURT
N. DIST. OF CA. S.F.

1  GILL SPERLEIN (172887)
   THE LAW OFFICE OF GILL SPERLEIN
2  584 Castro Street, Suite 879
3  San Francisco, California 94114
   Telephone: (415) 404-6615
4  Facsimile: (415) 404-6616
5  gill@sperleinlaw.com

6  DOUGLAS L. BRIDGES (*pro hac vice pending*)
   HENINGER GARRISON DAVIS LLC
7  1 Glenlake Parkway, Suite 700
8  Atlanta, Georgia 30328                    *Chambers Copy*
   Telephone: (678) 638-6309
9  Facsimile: (678) 638-6142
   dbridges@hgdlawfirm.com
10

11 BRIAN D. HANCOCK (*pro hac vice pending*)
   HENINGER GARRISON DAVIS LLC
12 2224 1st Avenue North
   Birmingham, AL 35203
13 Telephone: (205) 326-3336
14 Facsimile: (205) 326-3332
   bdhancock@hgdlawfirm.com
15

16 Attorneys for Plaintiff,
   DANIEL M. MILLER
17

18              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
19             SAN FRANCISCO DIVISION

20
                                    )
21                                  )  **CASE NO.: CV-10-264 (WHA)**
   DANIEL M. MILLER,                )
22                                  )  **APPLICATION FOR ADMISSION OF**
                                    )  **BRIAN HANCOCK *PRO HAC VICE***
23     Plaintiff,                   )
                                    )
24         vs.                      )
                                    )
25 FACEBOOK, INC. and YAO WEI YEO,  )
                                    )
26     Defendants.                  )
                                    )
27                                  )
                                    )
28 ─────────────────────────────── )

                        -1-

                                    APPLICATION FOR ADMISSION OF BRIAN HANCOCK
                                             ADMISSION *PRO HAC VICE*
                                                  C-10-264 (WHA)

1    Pursuant to Civil L.R. 11-3, Brian D. Hancock, an active member in good standing of the

2    bar of Alabama, hereby applies for admission to practice in the Northern District of California on

3
     a *pro hac vice* basis representing Plaintiff Daniel M. Miller in the above-entitled action. In
4
5    support of this application, I certify on oath that:

6    1. I am an active member in good standing of the United States District Court for the Northern

7       and Middle Districts of Alabama, the Tennessee State Bar and the Alabama State Bar. My

8       Tennessee State Bar Number is 022827. My Alabama State Bar Number is ASB-0874-B65H;
9
10   2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4,

11      to comply with General Order No. 45, Electronic Filing, and to become familiar with the

12      Local Rules and Alternative Dispute Resolution Program of this Court; and

13   3. An attorney who is a member of the bar of this Court and is in good standing and who

14      maintains an office within the State of California has been designated as co-counsel in the
15
16      above-entitled action. The name, address and telephone number of that attorney is:

17      D. Gill Sperlein (172887)
        584 Castro Street, Suite 879
18      San Francisco, CA 94114
        415-404-6615
19      415-404-6616
20      gillsperlein@sperleinlaw.com

21
22      I declare under penalty of perjury that the forgoing is true and correct.

23

24
25   Dated: **2/23/10**                     by: _____
                                               BRIAN HANCOCK
26                                             HENINGER GARRISON DAVIS LLC

27                                             Attorneys for Plaintiff
28                                             DANIEL M. MILLER

                                          -2-

                                          APPLICATION FOR ADMISSION OF BRIAN HANCOCK
                                               ADMISSION *PRO HAC VICE*
                                                       C-10-264 (WHA)

**PROOF OF SERVICE BY MAIL**

Gill Sperlein Certifies that:

I am an active member of the State Bar of California and am not a party to this action. My business address is 584 Castro Street, Suite 879, San Francisco, California, 94114. Today, I deposited in the United States mail at San Francisco, California a copy of the attached:

- **PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
- **APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES, *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES, *PRO HAC VICE***
- **PROPOSED ORDERS RE *PRO HAC VICE* APPLICATIONS**

In a sealed envelope, with postage fully prepaid, addressed to:

I. Neel Chatterjee, Esq. (nchatterjee@orrick.com)
Thomas J. Gray, Esq.(tgray@orrick.com)
Julio C. Avalos, Esq. (javalos@orrick.com)
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94205

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Date: February 24, 2010

D. Gill Sperlein

-8-