RECEIVED
2010 FEB 24 P 12: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

DOUGLAS L. BRIDGES (*pro hac vice pending*)
HENINGER GARRISON DAVIS LLC
1 Glenlake Parkway, Suite 700
Atlanta, Georgia 30328
Telephone: (678) 638-6309
Facsimile: (678) 638-6142
dbridges@hgdlawfirm.com

BRIAN D. HANCOCK (*pro hac vice pending*)
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
bdhancock@hgdlawfirm.com

Attorneys for Plaintiff,
DANIEL M. MILLER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

DANIEL M. MILLER,

    Plaintiff,

vs.

FACEBOOK, INC. and YAO WEI YEO,

    Defendants.

) CASE NO.: CV-10-264 (WHA)
)
) [PROPOSED] ORDER GRANTING
) APPLICATION FOR ADMISSION OF
) DOUGLAS L BRIDGES *PRO HAC VICE*
)
)
)
)
)
)
)

-1-

1 DOUGLAS L BRIDGES, an active member in good standing of the bar of Georgia, whose business address and telephone number is HENINGER GARRISON DAVIS LLC, 1 Glenlake Parkway, Suite 700, Atlanta, Georgia 30328, (678) 638-6309, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Daniel M. Miller,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice on the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated  February 24, 2010.



IT IS SO ORDERED
Judge William Alsup

[PROPOSED] ORDER GRANTING
APPLICATION FOR *PRO HAC VICE*
C-10-264 (WHA)

## PROOF OF SERVICE BY MAIL

Gill Sperlein Certifies that:

I am an active member of the State Bar of California and am not a party to this action. My business address is 584 Castro Street, Suite 879, San Francisco, California, 94114. Today, I deposited in the United States mail at San Francisco, California a copy of the attached:

- **PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
- **APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES, *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES, *PRO HAC VICE***
- **PROPOSED ORDERS RE *PRO HAC VICE* APPLICATIONS**

In a sealed envelope, with postage fully prepaid, addressed to:

I. Neel Chatterjee, Esq. (nchatterjee@orrick.com)
Thomas J. Gray, Esq.(tgray@orrick.com)
Julio C. Avalos, Esq. (javalos@orrick.com)
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94205

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Date: February 24, 2010

_____
D. Gill Sperlein