1  D. GILL SPERLEIN (172887)
   THE LAW OFFICE OF D. GILL SPERLEIN
2  584 Castro Street, Suite 879
3  San Francisco, California 94114
   Telephone: (415) 404-6615
4  Facsimile: (415) 404-6616
5  gill@sperleinlaw.com

6  DOUGLAS L. BRIDGES (*pro hac vice pending*)
   HENINGER GARRISON DAVIS LLC
7  1 Glenlake Parkway, Suite 700
8  Atlanta, Georgia 30328
   Telephone: (678) 638-6309
9  Facsimile: (678) 638-6142
   dbridges@hgdlawfirm.com
10

11 BRIAN D. HANCOCK (*pro hac vice pending*)
   HENINGER GARRISON DAVIS LLC
12 2224 1st Avenue North
   Birmingham, AL 35203
13 Telephone: (205) 326-3336
14 Facsimile: (205) 326-3332
   bdhancock@hgdlawfirm.com
15

16 Attorneys for Plaintiff,
   DANIEL M. MILLER
17

   RECEIVED
   2010 FEB 24 P 12: 25
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   N. DISTRICT OF CALIFORNIA

18                  UNITED STATES DISTRICT COURT
19                 NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
20

21                                    ) CASE NO.: CV-10-264 (WHA)
                                      )
22 DANIEL M. MILLER,                  ) [PROPOSED] ORDER GRANTING
                                      ) APPLICATION FOR ADMISSION OF
23                                    ) BRIAN ~~HANDCOCK~~ *PRO HAC VICE*
        Plaintiff,                    ) HANCOCK
24                                    )
25      vs.                           )
                                      )
26 FACEBOOK, INC. and YAO WEI YEO,    )
                                      )
27      Defendants.                   )
                                      )
28 _____    )

                                    -1-

                                    [PROPOSED] ORDER GRANTING
                                    APPLICATION FOR *PRO HAC VICE*
                                    C-10-264 (WHA)

**HANCOCK**

BRIAN ~~HANDCOCK~~, an active member in good standing of the bars of Tennessee and Alabama, whose business address and telephone number is HENINGER GARRISON DAVIS LLC, 2224 1st Avenue North, Birmingham, Alabama 35203, (205) 326-3336, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Daniel M. Miller,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice on the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated February 24, 2010.



IT IS SO ORDERED
Judge William Alsup

[~~PROPOSED~~] ORDER GRANTING
APPLICATION FOR *PRO HAC VICE*
C-10-264 (WHA)

## PROOF OF SERVICE BY MAIL

Gill Sperlein Certifies that:

I am an active member of the State Bar of California and am not a party to this action. My business address is 584 Castro Street, Suite 879, San Francisco, California, 94114. Today, I deposited in the United States mail at San Francisco, California a copy of the attached:

- **PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
- **APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES, *PRO HAC VICE***
- **APPLICATION FOR ADMISSION OF DOUGLAS L. BRIDGES, *PRO HAC VICE***
- **PROPOSED ORDERS RE *PRO HAC VICE* APPLICATIONS**

In a sealed envelope, with postage fully prepaid, addressed to:

I. Neel Chatterjee, Esq. (nchatterjee@orrick.com)
Thomas J. Gray, Esq.(tgray@orrick.com)
Julio C. Avalos, Esq. (javalos@orrick.com)
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94205

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Date: February 24, 2010

D. Gill Sperlein

-8-

PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
C-10-264 (WHA)