

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

March 1, 2010

I. Neel Chatterjee
(650) 614-7356
nchatterjee@orrick.com

Hon. Judge William H. Alsup
Courtroom 9, 19th Floor
USDC Northern District of California
San Francisco Division
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Miller v. Facebook, et al.* Case No.: CV-10-264 (WHA)

Dear Judge Alsup:

Our firm is counsel to Facebook, Inc. ("Facebook") in the above-referenced matter. Please accept this letter as "a written request for oral argument" pursuant to Paragraph 6 of the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Dkt. 24 ("Standing Order"). I would like to request that Julio Avalos, one of our outstanding associates, argue a motion to dismiss set for March 18, 2010 before this Court.

Under Paragraph 6 of the Standing Order, oral argument may be requested for "a lawyer of four or fewer years out of law school" if that lawyer "will conduct the oral argument or at least the lion's share." Mr. Avalos graduated from Columbia Law School in May 2006. Accordingly, I believe he falls within the purview of this Court's order.

Very truly yours,

*Neel Chatterjee /JCA*

Neel Chatterjee

cc: D. Gill Sperlein
    Douglas L. Bridges
    Brian D. Hancock

INC/naa

OHS West:260850049.1