1  ASHOK RAMANI
   KEKER & VAN NEST, LLP
2  aramani@kvn.com
   710 Sansome Street
3  San Francisco, CA 94111
   Telephone:   (415) 391-5400
4  Facsimile:   (415) 397-7188

5  BARNES & THORNBURG LLP
   DONALD E. KNEBEL (*pro hac vice*)
6  LYNN C. TYLER (*pro hac vice*)
   11 South Meridian Street
7  Indianapolis, IN 46204
   donald.knebel@btlaw.com
8  lynn.tyler@btlaw.com
   Telephone:   (317) 236-1313
9  Facsimile:   (317) 231-7433

10 Attorneys for ROCHE DIAGNOSTICS
   CORPORATION and ROCHE
11 DIAGNOSTICS OPERATIONS, INC.

12 BRADFORD J. BADKE (*pro hac vice*)
   JEANNE CURTIS (*pro hac vice*)
13 SONA DE (CSB # 193896)
   jim.badke@ropesgray.com
14 jeanne.curtis@ropesgray.com
   sona.de@ropesgray.com
15 ROPES & GRAY LLP
   1211 Avenue of the Americas
16 New York, New York 10036
   Telephone:   (212) 596-9000
17 Facsimile:   (212) 596-9090

18 MARK D. ROWLAND (CSB # 157862)
   GABRIELLE E. HIGGINS (CSB # 163179)
19 mark.rowland@ropesgray.com
   gabrielle.higgins@ropesgray.com
20 ROPES & GRAY LLP
   525 University Avenue
21 Palo Alto, CA 94301
   Telephone:   (650) 617-4000
22 Facsimile:   (650) 617-4090

23 Attorneys for Defendants
   NOVA BIOMEDICAL CORPORATION
24 and BECTON, DICKINSON AND
   COMPANY

ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
*Email: rohit.singla@mto.com*
*Email: jason.rantanen@mto.com*

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile: (512) 322-8353
*Email: jim.cannon@bakerbotts.com*
Email: *shannon.hutcheson@bakerbotts.com*

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1922
Facsimile: (713) 229-2722
*Email: maria.boyce@bakerbotts.com*

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas 75201
Telephone:   (214) 953-6595
Facsimile:   (214) 661-4595
*Email: david.wille@bakerbotts.com*

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

**JOINT SUBMISSION OF PROPOSED VERDICT FORMS**
CASE NO. 05-CV 3117 WHA; Case No. C04-02123 WHA; Case No. C04-03327 WHA; Case No. C04-03732 WHA
sf-2515840

| | |
|---|---|
| RACHEL KREVANS (CA SBN 116421) | KENNETH P. GEORGE (*Pro Hac Vice*) |
| WESLEY E. OVERSON (CA SBN 154737) | JOSEPH M. CASINO (*Pro Hac Vice*) |
| JASON R. BARTLETT (CA SBN 214530) | kgeorge@arelaw.com |
| PARISA JORJANI (CA SBN 203487) | jcasino@arelaw.com |
| RKrevans@mofo.com | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| WOverson@mofo.com | 90 Park Avenue, 21st Floor |
| JasonBartlett@mofo.com | New York, NY 10016 |
| PJorjani@mofo.com | Telephone: 212.336.8000 |
| MORRISON & FOERSTER LLP | Facsimile: 212.336.8001 |
| 425 Market Street | |
| San Francisco, California 94105-2482 | Attorneys for Defendant |
| Telephone: 415.268.7000 | BAYER HEALTHCARE LLC |
| Facsimile: 415.268.7522 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. C05-03117 WHA |
| THERASENSE, INC. AND ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND COMPANY,<br><br>Defendants. | Case No. C04-02123 WHA<br>Case No. C04-03327 WHA<br>Case No. C04-03732 WHA<br><br>**PARTIES' JOINT SUBMISSION OF PROPOSED VERDICT FORMS** |

JOINT SUBMISSION OF PROPOSED VERDICT FORMS

sf-2515840

1    Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, the parties hereby submit their proposed Verdict Forms. Despite their best efforts, the parties could not agree on the content of the verdict form, and thus are submitting separate proposals. Attached as Exhibit A is Abbott's proposal. Attached as Exhibit B is the joint proposal of Bayer and BD/Nova. Attached as Exhibit C is BD/Nova's separate verdict form on issues relating to the '890 patent. Attached as Exhibit D is Roche's proposed verdict form on infringement relating to the '551 patent, and separate verdict form on issues relating to the '745 patent.

DATED: May 14, 2008

RACHEL KREVANS
WESLEY E. OVERSON
JASON R. BARTLETT
PARISA JORJANI
MORRISON & FOERSTER LLP


*/s/ Rachel Krevans*
Rachel Krevans

ATTORNEYS FOR DEFENDANT BAYER HEALTHCARE LLC

JOINT SUBMISSION OF PROPOSED VERDICT FORMS    1

sf-2515840

| | | |
|---|---|---|
| 1 | DATED: May 14, 2007 | BARNES & THORNBURG LLP |
| 2 | | |
| 3 | | */s/ Donald Knebel* |
| 4 | | Donald Knebel |
| 5 | | ATTORNEYS FOR DEFENDANT ROCHE DIAGNOSTICS CORPORATION |
| 6 | | |
| 7 | | |
| 8 | Dated: May 14, 2008 | ROPES & GRAY LLP |
| 9 | | |
| 10 | | */s/ Bradford J. Badke*<br>Bradford J. Badke (*pro hac vice*) |
| 11 | | ATTORNEYS FOR DEFENDANTS NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND COMPANY |
| 12 | | |
| 13 | DATED: May 14, 2008 | BAKER BOTTS, LLP |
| 14 | | |
| 15 | | */s/ James W. Cannon, Jr.*<br>James W. Cannon, Jr. |
| 16 | | |
| 17 | | ATTORNEYS FOR PLAINTIFFS ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES |
| 18 | | |

**MEMORANDUM RE: JOINTLY SUBMITTED PROPOSED VERDICT FORMS**
sf-2515840

2