UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 18, 2010    Total Hearing Time: 25 minutes

Case No.  C10-00264 WHA

Title: DANIEL MILLER v. FACEBOOK, INC

Plaintiff Attorney(s): D. Gill Sperlein; Brian Hancock

Defense Attorney(s): Julio Avalos; Neel Chatterjee

Deputy Clerk:  Dawn Toland         Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   Dft's Motion to Dismiss - Submitted

2)

Continued to __ for Status

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defendant shall file a supplemental brief by noon on 3/22/10.  Plaintiff shall file a supplemental brief by noon on 3/24/10.