IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL M. MILLER,

    Plaintiff,

  v.

FACEBOOK, INC., and YAO WEI YEO,

    Defendants.

No. C 10-00264 WHA

**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Since the parties will be here for hearing on plaintiff's motion for leave to file a first amended complaint on May 27, 2010, it will save the parties time and expense not to have to return for a case management conference at a later date. Therefore, defendant's motion to continue the case management conference is **DENIED**. It is this Court's intention and practice to resolve motions within a week of the hearing. The case management conference shall immediately follow the 8:00 a.m. hearing.

**IT IS SO ORDERED.**

Dated: May 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE