IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL M. MILLER,

    Plaintiff,

  v.

FACEBOOK, INC. and YAO WEI YEO,

    Defendants.

No. C 10-00264 WHA

**ORDER REQUESTING INFORMATION RE PROTECTIVE ORDER**

Plaintiff's motion for entry of a protective order is acknowledged. Plaintiff represents that his proposed protective order "incorporates all revisions to the Court's Stipulated Protective Order for Standard Litigation form agreed upon by the parties as set forth in correspondence between the parties dated September 22nd thru November 11, 2010" (Mot. 3). Defendants are requested to file any objections to Mr. Miller's proposed protective order by **NOON ON NOVEMBER 23, 2010**.

**IT IS SO ORDERED.**

Dated: November 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE