**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MILLER,<br><br>          Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., and YAO WEI YEO,<br><br>          Defendants.<br>                                                             / | No. C 10-00264 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |

The Court **SETS** meet-and-confer starting from **11:00 A.M. AND ENDING AT 2:00 P.M. ON WEDNESDAY, DECEMBER 1, 2010**, in the Attorney's Lounge on the eighteenth floor of the federal courthouse. At 1:30 p.m., the Court shall hear any remaining unresolved issue(s) in Courtroom No. 9. Defendant's response is due by noon on November 29, 2010.

Please note that only those lawyers who personally participate in the meet-and-confer in the Attorney's Lounge may be heard at the hearing. Counsel should stop in chambers and drop off their business cards prior to the 10:00 a.m. meet-and-confer.

**IT IS SO ORDERED.**

Dated: November 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE