D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

DOUGLAS L. BRIDGES (*pro hac vice*)
HENINGER GARRISON DAVIS, LLC
1 Glenlake Parkway, Suite 700
Atlanta, Georgia 30328
Telephone: (678) 638-6309
Facsimile: (678) 638-6142
dbridges@hgdlawfirm.com

BRIAN D. HANCOCK (*pro hac vice*)
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
bdhancock@hgdlawfirm.com

Attorneys for Plaintiff,
DANIEL M. MILLER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL M. MILLER, | ) CASE NO.: CV-10-264 (WHA) |
| Plaintiff, | ) ~~PROPOSED~~ ORDER GRANTING THE PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF, PURSUANT TO CIVIL LOCAL RULE 7-11, TO CANCEL THE MEET AND CONFER HEARING SET FOR DECEMBER 1, 2010 |
| vs. | |
| FACEBOOK, INC. and YAO WEI YEO, | |
| Defendants. | |

-1-

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that the ~~"meet and confer"~~ discovery

2   hearing set for December 1, 2010, starting at 11:00 A.M. is canceled~~, as well as the meet and confer~~

3   ~~set from 8:00--11:00 a.m.~~

5   Dated: November 30, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

-2-

PROPOSED ORDER GRANTING THE PLAINTIFF'S
MOTION FOR ADMINISTRATIVE RELIEF
CV-10-264 (WHA)