IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL M. MILLER,

    Plaintiff,

  v.

FACEBOOK, INC. And YAO WEI YEO,

    Defendants.
                                        /

No. C 10-00264 WHA

**ORDER DENYING REQUEST TO CHANGING TIME**

On December 30, 2010, plaintiff Daniel M. Miller and defendant Facebook, Inc. filed a stipulated request for an order changing the case management schedule. The parties seek to extend each of the following deadlines by approximately two months: (1) the non-expert discovery cut-off date; (2) the last date for designation of expert testimony and disclosure of full expert reports as to any issue on which a party has the burden of proof; (3) the last date to file dispositive motions; (4) the final pretrial conference date; and (5) the beginning of the jury trial. The parties base this request on the status of their discovery efforts and the mutual observation that the parties "require additional time to conclude discovery and prepare their respective cases."

Regarding the first two dates, the parties are reminded that pursuant to Civil Local Rule 6-1 they may freely stipulate to alterations of these dates without court order. Regarding the other dates, good cause for the requested extension has not been shown. Litigation must proceed in a timely fashion, and it is incumbent upon the parties to plan and complete their discovery and case preparation within the established schedule absent unforeseen, extenuating circumstances. No such extenuating circumstances are present here. The request is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: January 3, 2011.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California