United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., and YAO WEI YEO,<br><br>    Defendants.<br>_____ / | No. C 10-00264 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |

    The Court **SETS** meet-and-confer starting from **9:30 A.M. AND ENDING AT 1:30 P.M. ON WEDNESDAY, JANUARY 19, 2011**, in the Court's jury room on the nineteenth floor of the federal courthouse. At 2:00 p.m., the Court shall hear any remaining unresolved issue(s) in Courtroom No. 9. Defendant's response is due by noon on January 18.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: January 14, 2011.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE