1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Defendant
   FACEBOOK, INC.
7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  DANIEL M. MILLER,                    Case No.  3:10-CV-00264 (WHA)

13              Plaintiff,               **JOINT STIPULATION REGARDING
                                         PLAINTIFF'S MOTION TO
14        v.                             COMPEL**

15  FACEBOOK, INC. and YAO WEI YEO,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Facebook, Inc. ("Facebook") and Plaintiff Daniel M. Miller ("Miller"), by and

2    through their respective counsel of record, hereby stipulate as follows:

3    WHEREAS, on January 14, 2011, Miller filed a letter seeking to compel Facebook to

4    produce the searchable electronic content, such as OCR text or metadata, corresponding to

5    Facebook's document production, or to reproduce all documents in their native format;

6    WHEREAS, the parties held a Court-appointed meet and confer on January 19, 2011;

7    WHEREAS, the parties reached agreement regarding the issues raised in Plaintiff's

8    January 14, 2011 letter to the Court;

9    WHEREAS, Facebook agrees to produce a DAT file containing searchable electronic

10   content corresponding to Facebook's TIFF production by Friday, January 21, 2010;

11   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,

12   through their respective counsel, that:

13   Plaintiff's January 14, 2011 letter seeking to compel Facebook to reproduce documents in

14   an alternative format is moot and that no further action is needed from the Court on this matter.

15

16   **IT IS SO STIPULATED**.

17

18   Dated: January 19, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

19                                              _/s/ Julio Avalos_
                                                _____
20                                              Julio C. Avalos
                                                Attorneys for Defendant
21                                              FACEBOOK, INC.

22

23   Dated: January 19, 2011                    HENINGER GARRISON & DAVIS LLC

24

25                                              _/s/ Brian Hancock_
                                                _____
                                                BRIAN HANCOCK
26                                              Attorneys for Plaintiff
                                                DANIEL M. MILLER

27

28

JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO
                                                COMPEL
                                                3:10-CV-00264 (WHA)

1    **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

2    perjury that concurrence in the filing of the document has been obtained from its signatory.

3    Dated: January 19, 2011                    Respectfully submitted,

4                                               */s/ Julio Avalos*

5                                                       JULIO C. AVALOS

6    **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

7

8    Dated: January ¸19 , 2011

9

10

Honorable William Alsup
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation regarding Plaintiff's Motion to
Compel
3:10-CV-00264 (WHA)