1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
3  MORVARID METANAT (STATE BAR NO. 268228)
   mmetanat@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:   650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Defendant
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL M. MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC. and YAO WEI YEO,<br><br>　　　　　Defendants. | Case No.  3:10-CV-00264 (WHA)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**<br><br>Court:　　Courtroom 9, 19th Floor<br>Judge:　　Honorable William Alsup |

| | |
|---|---|
| 1 | It is hereby stipulated by and between counsel to Plaintiff Daniel M. Miller ("Miller") and |
| 2 | counsel to Defendant Facebook, Inc. ("Facebook"), pursuant to Rule 41(a)(1) of the Federal |
| 3 | Rules of Civil Procedure, as follows: |

1. Defendant Facebook is dismissed with prejudice from all claims in the above-captioned action.

2. Plaintiff Miller is dismissed with prejudice from all counterclaims in the above-captioned action.

3. Each party will bear its own costs and attorneys' fees.

4. This Court will retain jurisdiction to enforce the Settlement Agreement between these parties, dated March 17, 2011.

5. This stipulation is not intended to dismiss or dispose of Plaintiff's pending claims in the above-captioned action against Defendant Yao Wei Yeo.

Dated: March 17, 2011                    HENINGER GARRISON DAVIS, LLC

*/s/ Timothy C. Davis*
TIMOTHY C. DAVIS
Attorneys for Plaintiff
DANIEL M. MILLER

Dated: March 17, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ I. Neel Chatterjee*
I. NEEL CHATTERJEE
Attorneys for Defendant
FACEBOOK, INC.

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: March 17, 2011                    Respectfully submitted,

*/s/ Julio Avalos*
JULIO C. AVALOS