IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC. and YAO WEI YEO,<br><br>    Defendants. | No. C 10-00264 WHA<br><br>**ORDER PARTIALLY<br>DISMISSING CASE** |

  Plaintiff Daniel M. Miller and defendant Facebook, Inc. report that they have reached a settlement (Dkt. No. 133). Pursuant to their stipulation, all claims and counterclaims between Miller and Facebook are **DISMISSED** with prejudice. The Court, however, shall *not* retain jurisdiction to enforce the parties' settlement agreement. In light of Facebook's departure from this action, all three pending motions for summary judgment are **DENIED AS MOOT**.

  **IT IS SO ORDERED.**

Dated: March 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE