IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MILLER, | No. C 10-00264 WHA |
| Plaintiff, | |
| v. | **REMINDER NOTICE RE PRETRIAL CONFERENCE** |
| FACEBOOK, INC. and YAO WEI YEO, | |
| Defendants. / | |

Yao Wei Yeo is the only defendant that remains in this action. The clerk entered default as to defendant Yeo in September 2010 (Dkt. No. 82). Plaintiff, however, never requested nor received a default judgment against Yeo.

A jury trial is set to begin on April 25. The final pretrial conference is set for **2:00 P.M. ON APRIL 18, 2011** (Dkt. No. 98). Pursuant to the undersigned judge's standing Guidelines for Trial and Pretrial Conference in Civil Jury Cases, pretrial filings were due on April 11. None was filed. Counsel are reminded that all deadlines and requirements remain in effect until the action is dismissed or final judgment is entered.

**IT IS SO ORDERED.**

Dated: April 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE