IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL M. MILLER,

    Plaintiff,

  v.

FACEBOOK, INC. and YAO WEI YEO,

    Defendants.

                        /

No. C 10-00264 WHA

**NOTICE TO PARTIES RE JUNE 9, 2011, HEARING**

The parties should be prepared to address the following issues at the June 9 hearing. The parties are advised that there will be limited time.

(1) What, exactly, was said during the July 2010 phone conversation between Facebook attorneys, including Craig Clark, and defendant? Did Facebook's attorneys mention anything about defendant not needing to respond to the lawsuit unless he had personally received any documents or that could be construed as such?

(2) Is there any possibility of identifying the other Facebook attorney who participated in the July 2010 phone conversation and obtaining a declaration from that attorney?

(3) Did defendant Yeo read anything on the internet while monitoring this lawsuit that would have led him to believe that he needed to respond to the lawsuit before he retained counsel and filed his motion to set aside default?

(4) What were the exact nature and extent of defendant's contacts with California, specifically with reference to any agreements with California corporations?

Dated: May 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE