IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC. and YAO WEI YEO,<br><br>    Defendants.<br>                                     / | No. C 10-00264 WHA<br><br>**NOTICE REGARDING ATTENDANCE AT JUNE 9 HEARING** |

    Facebook, which is no longer a party to this action, states that Attorney Stretch is available to attend the motion hearing scheduled for 2:00 p.m. on June 9, 2011, and "awaits the Court's guidance as to whether a live appearance is desired" (Dkt. No. 154). Attorney Stretch has knowledge relevant to the pending motions, and his presence at the hearing would be useful. Accordingly, Attorney Stretch is requested to attend the hearing. Counsel's willingness to cooperate is appreciated.

Dated: June 8, 2011.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE