IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC. and YAO WEI YEO,<br><br>    Defendants.<br>_____/ | No. C 10-00264 WHA<br><br>**NOTICE REGARDING<br>PURPORTED SETTLEMENT** |

    Late on June 8, counsel informed the Courtroom Deputy Clerk by telephone that the parties had reached a purported settlement. Counsel requested that the June 9 hearing be taken off calendar. Unless and until a proper notice of dismissal is filed, the June 9 hearing and all other case management dates and deadlines will go forward as planned.

Dated: June 9, 2011.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE