**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL M. MILLER,

    Plaintiff,

  v.

FACEBOOK, INC. and YAO WEI YEO,

    Defendants.
_____/

No. C 10-00264 WHA

**ORDER VACATING HEARING AND CLOSING CASE**

    The June 9 stipulated dismissal of defendant Yao Wei Yeo (Dkt. No. 157) concludes this action. The June 9 hearing and all other case management dates and deadlines are hereby **VACATED**.

    **THE CLERK SHALL CLOSE THE FILE.**

    **IT IS SO ORDERED.**

Dated: June 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE